**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT HARPER, ) | |
| ) | No.   07 C 2393 |
| Plaintiff, ) | |
| ) | Judge John W. Darrah |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| SHERIFF OF COOK COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, the Sheriff of Cook County and Cook County (together referred to as the "County Defendants"), by and through their attorneys, RICHARD A. DEVINE, State's Attorney of Cook County, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Louis R. Hegeman, John P. Heil Jr. and Maureen O. Hannon, Assistant State's Attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move for dismissal of this complaint with prejudice. In support thereof, the County Defendants state the following:

1.   Plaintiff names the Sheriff of Cook County, in his official capacity, and the County of Cook itself as indemnitor pursuant to *Carver v. Sheriff of LaSalle County*, 324 F.3d 947 (7th Cir. 2003), as defendants in this suit.

2.   Plaintiff purports to set forth claims pursuant to 42 U.S.C. § 1983, asserting that the Defendant Sheriff violated his Fourth and Fourteenth Amendment rights by requiring him to participate in certain alleged intake procedures at Cook County Jail. Plaintiff seeks class certification for anyone similarly situated on or after May 1, 2005. He seeks damages for himself and members of the putative class.

3.   Plaintiff's claims, insofar as they relate to alleged penile swabbing and strip searching conducted at Cook County Jail, are already the subject of certified class actions (*Jackson,*

*et al. v. Sheriff of Cook County, et al.*, 06 C 493, and *Young, et al. v. County of Cook, et al.*, 06 CV 552) currently pending before the United States District Court for the Northern District of Illinois. Plaintiff's complaint establishes that he is a member of each certified class, and should not, under principles of *res judicata* and judicial economy, be permitted to initiate a new action on the same facts.

      4.      Plaintiff's sparse complaint, even under the liberal notice pleading standard, also fails to state a claim upon which relief may be granted.

WHEREFORE, for the foregoing reasons, Defendants Sheriff of Cook County and the County of Cook respectfully request that this Honorable Court dismiss Plaintiff's Complaint in its entirety with prejudice.

                                                      Respectfully submitted,
                                                      RICHARD A. DEVINE
                                                      State's Attorney of Cook County

By:    /s/ Maureen O. Hannon
           One of his Assistants

Patrick T. Driscoll, Jr.
Deputy States Attorney
Chief, Civil Actions Bureau

Louis R. Hegeman
Supervisor, Special Projects & Assignments

John P. Heil Jr.
Maureen O. Hannon
Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4370