# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2393 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Robert Harper vs. Sheriff of Cook County | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, plaintiff's motion to certify case as a class action is granted [27]. Enter Memorandum Opinion and Order. Status hearing set for 6/26/08 stated in open Court is vacated and re-set to 6/18/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|