

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



ORDER

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# FILED

September 5, 2008

SEP 0 5 2008  YM
Sep 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BEFORE

RICHARD A. POSNER, Circuit Judge

MICHAEL S. KANNE, Circuit Judge

JOHN DANIEL TINDER, Circuit Judge

| No.: 08-8017 | IN RE:<br>SHERIFF OF COOK COUNTY and COOK COUNTY,<br>Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:07-cv-02393  07cv 2393<br>Northern District of Illinois, Eastern Division<br>District Judge John Darrah | |

The following is before the court:

1. **DEFENDANTS' PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on June 12, 2008, by counsel for the petitioner.

2. **PLAINTIFF'S RESPONSE TO PETITION FOR PERMISSION TO APPEAL**, filed on June 30, 2008, by counsel for the respondent,

**IT IS ORDERED** that #1 is **GRANTED**. Petitioner shall pay the required appellate fees to the clerk of the district court within ten days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.