**FILED**

**SEPTEMBER 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

September 22, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3413
>
> Caption:
> ROBERT HARPER,
>  Plaintiff - Appellee
> v.
> SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS,
>  Defendants - Appellants
>
> ---
>
> District Court No: 1:07-cv-02393
> Court Reporter Valerie Harris
> Clerk/Agency Rep Michael Dobbins
> District Judge John Darrah
> Date NOA filed in District Court: 09/05/2008

If you have any questions regarding this appeal, please call this office.

CC:

Valerie Harris

Michael W. Dobbins